
2008R00435

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * **Criminal No.** PJM-**09 CR 0153** |
| **v.** | * |
| | * **(Criminal Infringement of a** |
| **YONG LIU,** | * **Copyright, 18 U.S.C. § 2319 (a) and** |
| **Defendant.** | * **(b)(1); 17 U.S.C. § 506 (a)(1)(A);** |
| | * **Forfeiture, 18  U.S.C. §981(a)(1)(C) and** |
| | * **28 U.S.C. §2461(c))** |
| | * |
| | ******* |

### INFORMATION

The United States Attorney for the District of Maryland charges that:

### COUNT ONE

From on or about April of 2008 through on or about September of 2008, in the District of

Maryland, the defendant,

### YONG LIU,

did unlawfully, willfully, and knowingly infringe copyrights for purposes of commercial

advantage and private financial gain by the distribution, including by electronic means, during a

180-day period, of ten and more copies of one and more copyrighted works, which had a total

retail value of more than $2,500, to wit, **YONG LIU** obtained and distributed unauthorized

copies of The Walt Disney Company's "Baby Einstein" DVDs.

18 U.S.C. § 2319 (a) and (b)(1)
17 U.S.C. § 506 (a)(1)(A)

## FORFEITURE

As a result of the offense set forth in Count One of the Information, the defendant,

**YONG LIU**

shall forfeit to the United States the following property which are proceeds traceable to a

violation of 17 U.S.C. §506(a)(1)(A) and 18 U.S.C. §2319, specifically:

      a.      Sixty-Five Thousand Dollars ($65,000.00) in United States Currency.

18 U.S.C. §981(a)(1)(C)
28 U.S.C. §2461(c)

_____
Rod J. Rosenstein
United States Attorney

Dated: March 20, 2009